FILED
APR - 8 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RACHEL SHER,   )<br>   )<br>   Plaintiff,   )<br>   )<br>v.   )<br>   )<br>DEPUY MITEK, INC. AND JOHNSON &   )<br>JOHNSON,   )<br>   )<br>   )<br>   Defendants.   ) | Case: 1:08-cv-00617<br>Assigned To : Bates, John D.<br>Assign. Date : 4/8/2008<br>Description: PI/Malpractice |

**DEFENDANTS DEPUY MITEK, INC. AND JOHNSON & JOHNSON'S
CERTIFICATE REQUIRED BY LCvR 7.1 OF THE RULES OF THE
<u>UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA</u>**

I, the undersigned, counsel of record for Defendants DePuy Mitek, Inc. and Johnson & Johnson, certify that to the best of my knowledge and belief, Defendants have the following parent companies, subsidiaries or affiliates which have any outstanding securities in the hands of the public:

- DePuy Mitek, Inc. is a wholly-owned subsidiary of its parent corporation, Johnson & Johnson.

This representation is made in order that judges of this Court may determine the need for recusal.

Respectfully submitted,

By: *Elizabeth Ewert*
Elizabeth L. Ewert (#479368)
Jeffrey J. Lopez (#453052)
DRINKER BIDDLE & REATH LLP
1500 K Street, N.W., Suite 1100
Washington, D.C. 20005-1209
Telephone: 202/842-8800
Telecopier: 202/842-8465

Dated: April 7, 2008

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Certificate Required by LCvR 7.1 of the Rules was sent, via first-class mail, on this 7th day of April, 2008, to:

Barry J. Nace, Esq.
Christopher T. Nace, Esq.
Paulson & Nace
1615 New Hampshire Avenue, NW
Washington, DC 20009-2520

_____
Elizabeth L. Ewert