CO 324
Rev. 5/97

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| RACHEL SHER | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | Civil Case Number 08-617 (PLF) |
| | ) | |
| DEPUY MITEK, INC ET AL. | ) | Category   B |
| | ) | |
| Defendants | ) | |

## REASSIGNMENT OF CIVIL CASE

The above-entitled case was reassigned on April 16, 2008 from Judge John D. Bates to Judge Paul L. Friedman. by direction of the Calendar Committee.

(Case Randomly Reassigned)

JUDGE ELLEN S. HUVELLE
Chair, Calendar and Case
Management Committee

cc:   Judge Friedman & Courtroom Deputy
      Judge Bates & Courtroom Deputy
      Liaison, Calendar and Case Management Committee
      Civil Case Processing Clerk