**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| RACHEL SHER, ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | Civil Action No. 1:08-cv-00617-PLF |
| ) | |
| **DEPUY MITEK, INC. AND** ) | |
| **JOHNSON & JOHNSON,** ) | |
| ) | |
| **Defendants.** ) | |

**NOTICE OF ENTRY OF APPEARANCE**

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

Please enter the appearance of Jeffrey J. Lopez as counsel in this case for Defendants DePuy Mitek, Inc. and Johnson & Johnson.

I certify that the above-named counsel is admitted to practice in this Court.

Respectfully submitted,

By:   /s/ Jeffrey Lopez
       Jeffrey J. Lopez (#453052)
       DRINKER BIDDLE & REATH LLP
       1500 K Street, N.W., Suite 1100
       Washington, D.C. 20005-1209
       Telephone:  202/842-8800
       Telecopier:  202/842-8465

Dated:  April 18, 2008

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 18th day of April, 2008, I electronically filed the foregoing Notice of Entry of Appearance with the Clerk of the Court using the CM/ECF system, thereby effectuating service on all parties pursuant to LCvR 5.4(d).

                                        /s/ Jeffrey Lopez
                                        Jeffrey J. Lopez