IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RACHEL SHER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 1:08-cv-00617-PLF |
| | ) |
| DEPUY MITEK, INC. AND | ) |
| JOHNSON & JOHNSON, | ) |
| | ) |
| Defendants. | ) |

## NOTICE OF ENTRY OF APPEARANCE

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

Please enter the appearance of Christopher C. Sabis as counsel in this case for Defendants DePuy Mitek, Inc. and Johnson & Johnson.

I certify that the above-named counsel is admitted to practice in this Court.

Respectfully submitted,

By: /s/ Christopher C. Sabis
Christopher C. Sabis (#489485)
DRINKER BIDDLE & REATH LLP
1500 K Street, N.W., Suite 1100
Washington, D.C. 20005-1209
Telephone: 202/842-8800
Telecopier: 202/842-8465

Dated: May 7, 2008

## CERTIFICATE OF SERVICE

I hereby certify that on this 7th day of May, 2008, I electronically filed the foregoing Notice of Entry of Appearance with the Clerk of the Court using the CM/ECF system, thereby effectuating service on all parties pursuant to LCvR 5.4(d).

                                               /s/ Christopher C. Sabis
                                               Christopher C. Sabis