UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| RACHEL SHER | ) | |
| | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Case Number 08-617 (PLF) |
| | ) | |
| | ) | |
| | ) | |
| DEPUY MITEK, INC., et al. | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF APPEARANCE

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

Please enter the appearance of Barry J. Nace as counsel in this case for Plaintiff Rachel Sher.

I certify that the above-named counsel is admitted to practice in this court.

Respectfully submitted,

PAULSON & NACE

/s/ Barry J. Nace
Barry J. Nace, Esquire
Bar No. 130724
1615 New Hampshire Avenue, N.W.
Washington, DC 20009-2520
(202) 463-1999
*Counsel for Plaintiff*

Dated: May 12, 2008

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this 12th day of May, 2008, I electronically filed Plaintiff's Notice of Appearance with the Clerk of the Court using the CM/ECF system, thereby effectuating service on all parties pursuant to LCvR5.4(d).


<u>/s/ Barry J. Nace</u>
Barry J. Nace, Esquire