UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| RACHEL SHER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 08-0617 (PLF) |
| | ) | |
| DEPUY MITEK, INC. AND | ) | |
| JOHNSON & JOHNSON, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

SCHEDULING ORDER

The parties appeared for a meet and confer status conference on May 23, 2008.

Based upon the Rule 16.3 Joint Report submitted to the Court and the representations of counsel,

it is hereby ORDERED that

1.      Any motion to amend the pleadings or join additional parties shall be

made by November 24, 2008.

2.      Discovery shall be completed by June 16, 2009.  Counsel must resolve all

discovery disputes or bring them to the Court's attention in a timely manner so as to allow

sufficient time for the completion of discovery by this date.  Discovery requests shall be served

on or before August 15, 2008.

3.      Each party is limited to a maximum of 25 interrogatories to any other

party.  Responses to all interrogatories are due 30 days after service.

4.      Each party is limited to a maximum of 10 non-expert depositions.

5.      Disclosures pursuant to Rule 26(a)(1) of the Federal Rules of Civil

Procedure shall be made by July 3, 2008.

   6.  Disclosures of plaintiff's retained experts pursuant to Rule 26(a)(2)(B) of

the Federal Rules of Civil Procedure are due by February 20, 2009.

   7.  Disclosures of defendant's retained experts pursuant to Rule 26(a)(2)(B)

of the Federal Rules of Civil Procedure are due by April 20, 2009.

   8.  Depositions of each party's retained experts shall be completed by June

16, 2009.

   9.  Dispositive motions shall be filed on or before August 18, 2009;

oppositions by September 18, 2009; and replies, if any, by October 2, 2009.

   10.  Counsel are required to confer in good faith in an effort to resolve all

discovery disputes before bringing the dispute to the Court.  If counsel are unable to resolve the

discovery dispute, counsel shall arrange a telephone conference with the Court by contacting

chambers.  Counsel shall not file a discovery motion without a prior conference with the Court

and opposing counsel.

   11.  A further status conference is scheduled for April 10, 2009 at 9:15 a.m.

   12.  Counsel are expected to evaluate their respective cases for settlement

purposes.  Submission to alternative dispute resolution, e.g., mediation or neutral evaluation, is

encouraged and is available by request of the Court at any time, as is a settlement conference

before a magistrate judge.  If the case settles in whole or in part, plaintiff's counsel shall advise

the Court by promptly filing a stipulation.

   13.  Counsel are reminded to comply with Local Civil Rule 7(m), which

requires counsel to confer on all nondispositive motions prior to filing them with the Court.  See

LCvR 7. The party filing the motion shall include in its motion a statement that the required

discussion occurred and a statement as to whether the motion is opposed.

SO ORDERED.


_____/s/_____
PAUL L. FRIEDMAN
United States District Judge

DATE: May 27, 2008