UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

RACHEL SHER                          )
                                     )
                                     )
        Plaintiff,                   )
                                     )
    v.                               )        Civil Case Number 08-617 (PLF)
                                     )
                                     )
                                     )
DEPUY MITEK, INC., et al.            )
                                     )
                                     )
        Defendants.                  )

## PLAINTIFF'S RULE 26(A)(1) INITIAL DISCLOSURES

***COMES NOW*** Plaintiff Rachel Sher, by and through undersigned counsel, and

respectfully submits her Rule 26(a)(1) Initial Disclosures. Pursuant to Federal Rules of

Civil Procedure 26(e), Ms. Sher reserves the right to supplement these initial disclosures

if additional information becomes available as discovery is only just commencing in this

action.

### Rule 26(a)(1)(A)(i):

1.    **Patricia Sher**
      **Harvey Sher, M.D.**
      **2742 Beauclerc Road**
      **Jacksonville, FL 32257**
      **(Parents)**

Mrs. and Dr. Sher have knowledge and information related to the surgical procedures that

Plaintiff Rachel Sher has undergone. Additionally, Mrs. and Dr. Sher have information

regarding Plaintiff Sher's physical activity prior to the injury she sustained from the

product in question. Mrs. and Dr. Sher also have information regarding the character of

Plaintiff Rachel Sher. Her testimony will thus relate generally to certain facts regarding her medical treatment and is also relevant to damages.

2.    **Kevin Batteh**
      **921 O Street NW**
      **Washington, DC 20009**
      **(Friend)**

Mr. Batteh has knowledge and information related to the surgical procedures that Plaintiff Rachel Sher has undergone. Additionally, Mr. Batteh has information regarding Plaintiff Sher's physical activity prior to the injury she sustained from the product in question. Mr. Batteh also has information regarding the character of Plaintiff Rachel Sher. His testimony will thus relate generally to certain facts regarding her medical treatment and is also relevant to damages.

3.    **Marc B. Danziger, M.D.**
      **1850 M Street, NW**
      **Suite 750**
      **Washington, DC 20036**
      **202-835-2222**

Dr. Danziger is a treating physician of Rachel Sher's. Upon information and belief, Dr. Danziger is the orthopaedic surgeon who performed meniscal repair on Ms. Sher in February of 2005 and implanted the DePuy Mitek Rapidloc meniscal repair device that is the subject of this lawsuit. Dr. Danziger remained Ms. Sher's treating physician during her post-operative recovery and physical therapy. Ms. Sher returned to Dr. Danziger during the course of her recovery complaining of additional pain. Ms. Sher stopped seeing Dr. Danziger in late 2005 because she changed health insurance plans and Dr. Danziger was no longer an in-network provider. Plaintiff Sher notes that unauthorized contact with Dr. Danziger to discuss her medical history would constitute a HIPAA violation.

2

4.    **John Klimkiewicz, M.D.**
      **HealthSouth**
      **2121 K Street, NW**
      **Washington, DC 20037**

Dr. Klimkiewicz is a treating physician of Rachel Sher's. Rachel Sher first visited Dr. Klimkiewicz in November of 2005. Upon information and belief, Dr. Klimkiewicz observed on x-ray and MRI that the Mitek Rapidloc remained in her knee. Dr. Klimkiewicz also recommended arthroscopic evaluation of the knee, including removal of the Rapidloc device. Dr. Klimkiewicz performed surgery on Ms. Sher in December 2005 and discovered a chondral injury secondary to the implant. Plaintiff Sher notes that unauthorized contact with Dr. Danziger to discuss her medical history would constitute a HIPAA violation.

5.    **Martha C. Nelson, M.D.**
      **Washington Radiology Associates, P.C.**
      **2141 K St., NW**
      **Suite 900**
      **Washington, DC 20037**

Dr. Nelson is a treating physician of Rachel Sher's. Rachel Sher visited Dr. Nelson in January of 2005. Upon information and belief, Dr. Nelson observed an MRI in her care and treatment of Plaintiff Rachel Sher. Plaintiff Sher notes that unauthorized contact with Dr. Nelson to discuss her medical history would constitute a HIPAA violation.

6.    **Daniel M. Marder, M.D.**
      **Washington Radiology Associates, P.C.**
      **2141 K St., NW**
      **Suite 900**
      **Washington, DC 20037**

Dr. Marder is a treating physician of Rachel Sher's. Rachel Sher visited Dr. Marder in November of 2005. Upon information and belief, Dr. Marder observed an MRI in the

care and treatment of Plaintiff Rachel Sher that he provided her. Plaintiff Sher notes that unauthorized contact with Dr. Marder to discuss her medical history would constitute a HIPAA violation.

7.   **Danice Sher**
     **1713 W. Beach Avenue, #3n**
     **Chicago, IL 60622**

Ms. Danice Sher has knowledge and information related to the surgical procedures that Plaintiff Rachel Sher has undergone. Additionally, Danice Sher has information regarding Plaintiff Sher's physical activity prior to the injury she sustained from the product in question. Danice Sher also has information regarding the character of Plaintiff Rachel Sher. Her testimony will thus relate generally to certain facts regarding her medical treatment and is also relevant to damages.

8.   **Alyssa Sher**
     **501 Columbus Avenue, #3**
     **Boston, MA 02118**

Ms. Alyssa Sher has knowledge and information related to the surgical procedures that Plaintiff Rachel Sher has undergone. Additionally, Alyssa Sher has information regarding Plaintiff Sher's physical activity prior to the injury she sustained from the product in question. Alyssa Sher also has information regarding the character of Plaintiff Rachel Sher. Her testimony will thus relate generally to certain facts regarding her medical treatment and is also relevant to damages.

**Rule 26(a)(1)(A)(ii):**

A copy of all medical records in the Plaintiff's possession is attached hereto as Exhibit A. Ms. Sher will also produce a CD of certain medical images via U.S. Mail.

**Rule 26(a)(1)(A)(iii):**

In addition to claims for pain and suffering, Plaintiff Sher is seeking compensation for medical expenses associated with the treatments following the implanting of the Mitek Rapidloc device. Plaintiff has placed an order for all of the medical bills incurred to date, but is yet to receive these bills. Plaintiff will supplement this response to include copies of those bills along with a calculation of these damages.

**Rule 26(a)(1)(A)(iv):**

Plaintiff states that this section is not relevant in this action.

PAULSON & NACE

/s/ Christopher T. Nace
Barry J. Nace, Esquire
D.C. Bar No. 130724
Christopher T. Nace, Esquire
D.C. Bar No. 977865
1615 New Hampshire Avenue, N.W.
Washington, DC 20009-2520
(202) 463-1999
*Counsel for Plaintiff*

Dated: July 3, 2008

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 3, 2008 I electronically filed Plaintiff's Rule 26 Initial

Disclosures with the Clerk of the Court using the CM/ECF system, thereby effectuating

service on all parties pursuant to LCvR5.4(d).


/s/ Christopher T. Nace
Christopher T. Nace, Esquire

## LOUIS E. LEVITT, M.D.
## MARC B. DANZIGER, M.D.
## MARK J. SCHEER, M.D.
### PRACTICE LIMITED TO ORTHOPEDIC SURGERY & MEDICINE
1850 M St., N.W. - Suite 750 - Washington, D.C. 20036 - (202) 835-2222 - Facsimile (202) 659-3724

### DATE:   1/12/05

**PATIENT'S NAME:**  Rachel L. Sher
**ADDRESS:** . 921 O St., N.W., Washington, D.C. 20001
**HOME PHONE:**   202-232-5951          **WORK PHONE:**  202-637-2865
**DATE OF INJURY:**                              **AGE:  31    DOB:  4/5/73**
**REFERRED BY:**                                   **INSURANCE:**  CoreSource
**EMPLOYER:**  Hogan & Hartson           **OCCUPATION:**  Attorney

## HISTORY OF PRESENT ILLNESS:

Ms. Sher is a 31 year old female who presents with increasing pain and symptoms in her right knee. The pain has been present on and off for the last couple of years. She had a knee scope in 1995 for a bursal rupture but there was no meniscal pathology. She was recently seen by another doctor 6-7 months ago and an MRI was negative. It was done at George Washington and she didn't bring the films in for my review. She is getting continued catching and locking and she has tried therapy, medication and other treatments without relief. She is concerned she may have a meniscus tear. Past medical history, review of systems, medications, allergies, social history, family history and hospitalizations were reviewed from today's intake sheet.

## PHYSICAL EXAMINATION:

The right hip, thigh, calf and ankle are non-tender with a full range of motion. The right knee shows pretty significant medial joint line tenderness and minimal lateral joint line tenderness. There is 0-130 degrees range of motion and maximum flexion reproduces medial pain. Anterior drawer, posterior drawer and Lachman test are negative and there is no varus or valgus instability at 30 degrees flexion and full extension. There is no calf or thigh swelling and she is walking with a normal gait.

## ASSESSMENT/PLAN:

The patient likely has a medial meniscus tear causing her symptoms. I ordered an MRI to rule this out. She will return in two weeks and we will decide on the next step in treatment based on the results.
MBD/lkw



EXHIBIT
1

1/25/05
MBD/lkw

**Rachel Sher** returns after completing the MRI. Overall she feels a little better but she is frustrated after several years of treatment with continued pain. The MRI shows what appears to be an intact meniscus, although there appears to be type II changes on a couple of cuts of the medial meniscus and there may be type III changes. What is also noted is a fair amount of inflammation in the fat pad, although the ACL does appear intact. She has medial and posteromedial joint line tenderness. There is also some anteromedial joint line tenderness, as well. Range of motion is full with no instability and there is 5/5 quad and hamstring strength. She walks with what appears to be a somewhat improved gait. The patient has subtle findings on the MRI that could represent meniscal pathology, although nothing obvious. She is frustrated and is pushing toward an arthroscopy. A trial with anti-inflammatories and physical therapy is worthwhile and she will do this for the next two weeks with Mobic and a couple of sessions with a therapist. If she has not improved at that time, moving forward with arthroscopic treatment is not unreasonable, although she understands the yield may be minimal with the amount of pain she has had for such a long period of time and it is not an unreasonable option. I will see her in two weeks and we can make that decision.

2/9/05
MBD/lkw

**Rachel Sher** returns with continued symptoms in the knee. She has been through everything I asked her to do and she is not any better. She would rather move forward with surgery now. The right hip, thigh, calf and ankle are non-tender with a full range of motion. The right knee shows significant medial and posteromedial joint line tenderness and no lateral joint line tenderness. There is a trace effusion and she has a positive McMurray test. There is 130 degrees flexion and full extension. Maximum flexion reproduces medial pain. Anterior drawer, posterior drawer and Lachman test are negative and there is no varus or valgus instability at 30 degrees flexion and full extension. She has no calf or thigh swelling. She has been through medication and therapy and has had enough pain over the years. With the type II changes of the meniscus, which likely do extend through just being missed, it is worthwhile to move forward with a right knee arthroscopy. There is a small possibility of a negative arthroscopy. If the meniscus is repaired, she will need to be on crutches four weeks after and recovery time is from 4-6 weeks for meniscal resection and 6-8 weeks and up to 12 weeks for meniscal repair. If the meniscus is repaired, it could retear and may require further surgery. The anchors could become symptomatic requiring further surgery. There is a small risk of bleeding, infection, damage to the nerves, vessels, tendons and ligaments, the possibility of continued pain, stiffness and discomfort. There is small risk of arthrofibrosis requiring manipulation, as well as DVT, pulmonary embolus and anesthetic complications. She understands the knee may be no better and could be made worse with surgery and there is no guarantee of being 100% afterwards. I answered all her questions and discussed the alternatives and we will proceed with right knee arthroscopy with partial medial meniscectomy vs. meniscal repair in the next several weeks at her convenience. Further surgery will be done as needed.

## SURGERY NOTE:  MASC 2/17/05

**Rachel Sher** was taken to the operating room at MASC on 2/17/05 where she underwent an uncomplicated right knee arthroscopy. At the time of surgery, she was noted to have a small medial meniscus tear in the area where she was tender. It was at the junction of the posterior two thirds and anterior one third about 1 ½ cm in length. There was definite meniscocapsular separation noted. The area was debrided. Because it was in the white/red zone, it was repaired using a Mitek rapid lock anchor. There was minimal fraying of the medial femoral condyle that was treated with a chondroplasty. No additional pathology was noted in the knee joint. The patient was discharged on the day of surgery. She will be non-weightbearing for two weeks and then allowed to weightbear as tolerated. She will return to the office at 4-5 days postoperatively.
MBD/lkw

MASSACHUSETTS AVENUE SURGERY CENTER
6400 GOLDSBORO ROAD
BETHESDA, MARYLAND 20817
301-263-0800\Telephone   \\   301-263-0820\Fax

OPERATIVE REPORT

PATIENT:  SHER, RACHEL
#100173
DATE OF SURGERY:  02/17/05

OPERATING SURGEON:Marc Danziger, M.D.

ANESTHESIA:General by LMA.
ESTIMATED BLOOD LOSS:Minimal.
SPECIMENS:None.
COMPLICATIONS:None.

PREOPERATIVE DIAGNOSIS:
Medial meniscal tear, right knee.

POSTOPERATIVE DIAGNOSIS:
Medial meniscal tear, right knee.

OPERATION PERFORMED:
Right knee arthroscopy with medial meniscal repair.

INDICATIONS FOR OPERATION:
The patient is a 32-year-old female with a long history of right
knee symptomatology.  She has been unresponsive to conservative
treatment over the last several months with medication and therapy
as well as bracing.  She has persistent medial joint line
tenderness, and despite a negative MRI at this point, opted for
surgical treatment.  The risks, benefits, and alternatives were
discussed.

PROCEDURE IN DETAIL:
The patient was placed supine on the operating room table.  After
satisfactory general anesthesia by LMA, the right lower extremity
was examined under anesthesia, and noted to have full range of
motion and no instability.  Ancef 1 gm was then administered, and
then the right lower extremity was prepped and draped in the usual
sterile fashion.    Standard  anteromedial  and  anterolateral
arthroscopy portals were made through the old incisions, and a
superomedial outflow portal was also established.

The arthroscopy began in the suprapatellar pouch where there was
minimal synovitis, no loose bodies.  The patellofemoral joint
tracked normally.  There was one small area of chondromalacia

ADD to
Clint

MASSACHUSETTS AVENUE SURGERY CENTER
OPERATIVE REPORT - PAGE 2

PATIENT: SHER, RACHEL
#100173
DATE OF SURGERY: 02/17/05

which was debrided in a chondroplasty fashion, and there was a small plica that was also debrided. The medial gutter did not show any loose bodies or any plica, and there was no evidence of any synovitis. The medial compartment was significant for a small medial meniscal tear. It was about a 1 cm length tear at the meniscal capsular junction. It did allow, though, mild instability of the meniscus with certainly a rent in the capsule adjacent to it allowing the meniscus to pull forward. This was directly in the red-white zone, amenable to repair. The remaining meniscus was intact, though, with no tearing. The medial femoral condyle did have some Outerbridge grade 2 changes on the undersurface and this was treated with a chondroplasty. The meniscus repair was accomplished by first freshening up the meniscal capsular junction using a motorized shaver as well as a meniscal rasp. A single Mitek Rapid-Lok anchor was then used to secure the meniscus back to the capsular junction using the appropriate fixation device. Once the anchor was in place, it was cinched down using the appropriate pusher that cut, giving excellent re-apposition of the meniscus back to the capsular rim. Once this was in place, the remaining meniscus was probed and noted to be stable.

The anterior cruciate ligament was examined next in the notch and noted to have slight laxity to it, although the ligament was intact and going in the appropriate position. The posterior cruciate ligament was intact as well.

The lateral compartment was then entered where the lateral meniscus was probed and noted to be stable. The lateral femoral condyle and the lateral tibial plateau showed no cartilage lesions, and the lateral gutter showed no loose bodies or any plica. The popliteus was intact with no synovitis.

The scope was moved through all the compartments one additional time, and no further pathology was noted. The medial meniscus was re-probed and noted to be stable, and the anchor seated nicely.

The knee was then thoroughly lavaged with the remaining fluid from the arthroscopy bags. A total of 30 cc of 0.25% Marcaine with epinephrine was then injected into the joint, into the portals, and the portals were then closed with interrupted 3-0 nylon sutures. Adaptic and a dry, sterile dressings, Webril, and Ace wraps were placed.

MASSACHUSETTS AVENUE SURGERY CENTER
OPERATIVE REPORT - PAGE 3

PATIENT:   SHER, RACHEL
#100173
DATE OF SURGERY:   02/17/05


The patient was then awakened from anesthesia.    The LMA was
removed without difficulty.    The patient was taken to the recovery
room in satisfactory condition.

_____
MARC DANZIGER, M.D.

MD/MST:ckl
D 02/17/05
T 02/17/05
(#334825)

eml:mdanzigermd@dcorthodocs.com
eml:lwoods@dcorthodocs.com

2/22/05

MBD/lkw

**Rachel Sher** is four days out since the knee arthroscopy and meniscal repair and she is doing well. She has full extension to the right knee and flexion is back to 90 degrees already. She has no calf or thigh swelling and she is neurovascularly intact distally. Homans test is negative and she can straight leg raise with a 5 degree extensor lag. Her patellofemoral joint seems to be tracking normally. The patient has done well since the knee arthroscopy. We went over the pictures, including the necessity of meniscal repair and why it was done. She understands she will need to be on crutches for three weeks because of this. When I see her in 10 days, sutures will be removed and we will advance her exercises accordingly.

2/25/05
MBD/lkw
NOTE:  Rachel Sher was seen at Sibley Hospital for evaluation of her knee. She noticed increased swelling and pain a couple of days ago but it has settled down markedly. She feels 75% better but she still wanted it checked. The patient is afebrile and there is no effusion in the knee joint. The incisions are healing nicely with no erythema or drainage. There is a little tenderness over the medial hamstrings but nothing laterally. There is minimal joint line tenderness and no effusion. The calf and thigh are supple and non-tender with no swelling. There is a negative Homans test. Calf and thigh circumference are equal when measured 10cm above and below the patella. Range of motion to the knee is full from 0-130 degrees and she is doing terrific at a little over a week out since the meniscal repair. She will continue on crutches on non-weightbearing and she will use wet heat for what I presume is a hamstring tendonitis from overdoing things. I will see her next Wednesday as scheduled. If she has increasing pain, swelling or discomfort, she will call me.

3/2/05

MBD/lkw

**Rachel Sher** returns at two weeks status post her knee arthroscopy and she is doing great. Pain level is decreasing and swelling is decreasing and all the pain she was having when I saw her in the ER last week is basically gone. The knee feels better than before surgery. The right knee has well healing incisions with no erythema, drainage or signs of infection. Sutures were removed and steri-strips were applied. The medial joint line tenderness is minimal and there is no lateral joint line tenderness and only a trace effusion. There is no warmth and erythema and no signs of infection. Calves and thighs are supple and non-tender with no swelling and Homans test is negative. She is still using the crutches as instructed. The patient has a healing meniscal repair. She is missing about 5 degrees of full extension and only has 105 degrees flexion. I will recommend therapy to get the capsule stretched out and to regain range of motion. She will continue non-weightbearing on crutches for two additional weeks and I will see her at that time to advance her exercises.

3/16/05

MBD/lkw

**Rachel Sher** has done terrific at four weeks out since her meniscus repair. Pain level is minimal and range of motion is improving and she is pleased. She has 115 degrees flexion and full extension and calf and thigh are supple and non-tender with no swelling. Homans test is negative. There is still slight medial joint line tenderness but much less so than before. She has no lateral joint line tenderness and no effusion and she straight leg raises without an extensor lag. She will start ambulating at this point. We went over the therapy regimen and she will continue formal therapy twice a week for four weeks to work on passive and active range of motion and strengthening. I will reevaluate her in four weeks.

4/12/05
MBD/lkw
**Rachel Sher** has made terrific progress over the last seven weeks since the meniscal repair and she has no complaints. The knee feels terrific and there is 125 degrees flexion as compared to 135 degrees on the other side. She has full extension and can straight leg raise without an extensor lag. There is slight atrophy of the quadriceps as expected, but this is also improving. She is walking with a nearly normal gait and has no joint line tenderness medially or laterally. There is no instability with anterior drawer, posterior drawer and Lachman test. There is no varus or valgus instability and she has 5/5 quad and hamstring strength. The patient has made great progress and she would like to get on a home exercise program, which is reasonable. She will get back to the gym to do strengthening but I don't want her running or jogging. She can do strengthening exercises and non-impact activity. I will see her back in four weeks for a final check.

4/18/05
MBD/lkw
**Rachel Sher** returns having had increasing pain in the knee last week, but this has settled down over the weekend with two Aleve twice a day. She has been doing a lot more exercise with the knee and I suspect this is the source. She says the swelling has decreased over the last couple of days and she feels back to baseline where she was when I saw her last week. She has minimal medial but no lateral joint line tenderness. There is a trace effusion in the knee joint. She has 130 degrees flexion as compared to 115 degrees last time. There is full extension and she straight leg raises without an extensor lag. There is no calf or thigh swelling and she is neurovascularly intact distally. Homans sign remains negative. The patient probably ruptured a few bands of scar tissue to get her motion back and this is the reason for the increased swelling. Ultimately, she understands she could have torn the meniscus again and we may need to get an MRI and even do a second look arthroscopy, but this would be way too aggressive at only seven weeks out. She will continue two Aleve twice a day and she will continue therapy to regain range of motion and strength. I will see her back in two weeks. If she has swelling and pain in the meantime, she will contact me and a repeat MRI may be necessary.

5/6/05
MBD/lkw

**Rachel Sher** has done terrific over the last month since being seen and she is 99% better. The pain is gone and she is back to full activity and is pleased. The right hip, thigh, calf and ankle are non-tender with a full range of motion. The right knee shows no joint line tenderness and no effusion. Range of motion is full and there is 5/5 quad and hamstring strength. She has 1cm decreased circumference on the right vs. the left but this is also decreasing. She walks with a completely normal gait and she does a single leg hop without pain. The patellofemoral joint even tracks normally with no discomfort along the medial and lateral facets. She has a negative McMurray test. The patient has done terrific since the meniscal repair and her knee is basically 100% of normal with the exception of the very mild quad atrophy. She will continue home exercises after finishing formal therapy and she will get in the gym a couple of days a week to regain strength. She can resume running in the next couple of weeks if she is pain free. I will see her as needed.

8/9/05
MBD/lkw
**Rachel Sher** returns today with mild continued anterior knee pain in the knee. She is much better than when I saw her in May and having less pain and discomfort. There is still some quadriceps deficit and she would like to return to therapy. The right hip, thigh, calf and ankle are non-tender with a full range of motion. The right knee shows a well healed incision with no erythema, no drainage and no signs of infection. She has no joint line tenderness, including over the medial joint line where the surgery was done. She has no lateral joint line tenderness and range of motion is full with no instability. She has mild quadriceps atrophy with 1cm decreased circumference on the right vs. the left when measured 10cm above the patella. The patellofemoral joint tracks relatively normally with no tightness of the lateral retinaculum and a negative Q angle. She has mild pain with grind test but negative crepitus. J sign is negative and patellar tendon is mildly tender. Most of the pain is reproduced when I palpate underneath the medial and lateral facets of the patella. There is no calf or thigh swelling and she is neurovascularly intact distally. Provocative testing for instability, anterior drawer, posterior drawer and Lachman test are negative and there is no varus or valgus instability at 30 degrees flexion or full extension. The patient has a patellofemoral syndrome of the right knee from her atrophy of the quadriceps. I recommended therapy twice a week for four weeks, including patellar taping to try and correct this. If she has pain and problems that persist in one month, she will contact me and we will do an MRI. With no signs or symptoms or meniscal pathology, I suspect this is probably incomplete rehab as the source of the pain and an additional month of therapy will take care of that. I will see her in one month if she is having problems; otherwise, she will be seen as needed.

11/29/05
MBD/lkw
NOTE: **Rachel Sher** called at 12:30 p.m. stating that the knee is still giving her pain and problems. She is not feeling back to normal yet and most of the pain is with up and down stairs and with running. She had a equal quad strength bilaterally but there is still mild joint line tenderness. A lot of pain is behind the kneecap. Dr. Klimkiewicz was seen for a second opinion and he will do repeat surgery on the knee. She now has Optimum Choice, which we no longer participate with and she is not willing to pay out of pocket nor does she want to. I explained that Dr. Klimkiewicz is quite competent and very good at what he does and I feel comfortable leaving her in his hands. She is comfortable with him as well and she will move forward with surgery. With persistent pain along the joint line, repeat arthroscopy to take a look at the meniscus repair is reasonable. If it needs to be re-repaired, it can be done. Some of the symptoms are patellofemoral and this may or may not be helped by the surgery. She understands there are no guarantees. She will contact me after the surgery to let me know what was found and she will resume rehab and continue under Dr. Klimkiewicz's care. I offered the option of following up with me at any point should she desire.

'29/05   10:31 AM CST



**WASHINGTON RADIOLOGY ASSOCIATES, P.C.**

www.washingtonradiology.com

BOARD CERTIFIED PHYSICIANS
SUB-SPECIALIZING IN:
 Magnetic Resonance Imaging
 Computed Tomography
 Nuclear Medicine & PET
 DXA – VBA
 Needle Biopsies
 Ultrasound
 Neuroradiology
 Fluoroscopy
 Diagnostic X-Ray
 Mammography with CAD

OPENING THIS WINTER

MRI – Fairfax
3022 Williams Drive
Fairfax, Virginia

CT – Sterling
21351 Ridgetop Circle
Sterling, Virginia

**OFFICES:**

Nuclear Medicine & PET Center
2021 K Street, NW
Suite T-230
Washington, DC 20006
202-466-2033
202-463-6700 Fax

2141 K Street, NW
Suites 111, 200 & 908
Washington, DC 20037
202-223-9722
202-659-2819 Fax

3022 Williams Drive
Suites 200 & 204
Fairfax, Virginia 22031
703-698-8800
703-573-2318 Fax

21351 Ridgetop Circle
Suite 100
Sterling, Virginia 20166
571-434-0140
571-434-0144 Fax

10215 Fernwood Road
Suites 50 & 103
Bethesda, Maryland 20817
301-564-1863
301-493-8521 Fax

4445 Willard Avenue
Suite 200
Chevy Chase, Maryland 20815
301-654-4242
301-907-7414 Fax

Business Office
3015 Williams Drive
Suite 200
Fairfax, Virginia 22031
703-641-9130
703-280-5098 Fax

---

5-46321-08

1/20/2005

PATIENT: SHER RACHEL L

DOB: 04/05/1973          AGE: 31

REFERRING PHYSICIAN:    MARC B DANZIGER MD
                        1850 M ST NW
                        STE 750
                        WASHINGTON    DC 200363701

SERVICES PERFORMED AT:    WRA 2141 K ST NW WASH DC

**01/20/2005: LOWER EXTREMITY JOINT MRI WITHOUT CO**

Right knee: Included sagittal T1, proton density T2 fat-saturated images as well as coronal STIR images axial gradient echo T2 * images.

Prior surgical changes are evident with large plica extending through Hoffa's fat pad from the joint line up to the patella. There is loculated fluid around the anterior cruciate ligament extending into Hoffa's fat pad and a small suprapatellar effusion is evident.

There is some linear fluid signal intensity within the medial fibers of the quadriceps tendon suggesting a small interstitial tear.

There is some abnormal signal within the lateral meniscus but it does not breach an articular surface. Marrow signal of the bones is normal. The patellofemoral joint is unremarkable. Incidental note is made of small bone island of the distal medial femoral metaphysis.

Impression:

1. There have been prior surgical changes. Loculated fluid is seen anterior to the ACL extending into Hoffa's fat pad with prominent plica

2. There is a tiny medial interstitial tear of the distal quadriceps tendon.

3. There is some abnormal signal within the lateral meniscus most likely activity related. A through and through tear is not seen



MARTHA C. NELSON, M.D.



**WASHINGTON
RADIOLOGY
ASSOCIATES, P.C.**

www.washingtonradiology.com

BOARD CERTIFIED PHYSICIANS
SUB-SPECIALIZING IN:
  Magnetic Resonance Imaging
  Computed Tomography
  Nuclear Medicine & PET
  DXA – VFA
  Needle Biopsies
  Ultrasound
  Neuroradiology
  Fluoroscopy
  Diagnostic X-Ray
  Mammography with CAD

OPENING THIS WINTER
  MRI – Fairfax
  3022 Williams Drive
  Fairfax, Virginia

  CT – Sterling
  21351 Ridgetop Circle
  Sterling, Virginia

WRA OFFICES:

Nuclear Medicine & PET Center
K Street, NW
Suite T-120
Washington, DC 20006
202-466-2033
202-463-0700 Fax

2141 K Street, NW
Suites 111, 200 & 900
Washington, DC 20037
202-223-9722
202-659-2819 Fax

3022 Williams Drive
Suites 200 & 204
Fairfax, Virginia 22031
703-698-8800
703-573-2318 Fax

21351 Ridgetop Circle
Suite 100
Sterling, Virginia 20166
571-434-0140
571-434-0144 Fax

10215 Fernwood Road
Suites 50 & 103
Bethesda, Maryland 20817
301-564-1053
301-493-8522 Fax

4445 Willard Avenue
Suite 200
Chevy Chase, Maryland 20815
301-654-4242
301-907-7414 Fax

Office
Williams Drive
Suite 200
Fairfax, Virginia 22031
703-641-9133
703-280-5098 Fax

---

PATIENT: SHER RACHEL L                                          546321-08

DOB: 04/05/1973          AGE: 32                                11/22/2005

REFERRING PHYSICIAN:          JOHN KLIMKIEWICZ MD
                              3800 RESERVOIR RD NW

                              WASHINGTON    DC 20007

SERVICES PERFORMED AT:        WRA 2141 K ST NW WASH DC

**11/20/2005: LOWER EXTREMITY JOINT MRI WITHOUT CO**

MRI of the right knee November 20, 2005

Clinical History: Persistent knee pain. History of meniscal repair February, 2005.

Body of report: Multiple sequences were obtained through the right knee, and compared to a right knee MRI dated January 20, 2005. A mild joint effusion is again noted. Much of the fluid collects anterior to the anterior cruciate ligament. This finding is unchanged. Mild postsurgical changes are evident along the anterior aspect of the joint. No meniscal tear is identified. The cruciate and collateral ligaments are intact. There is a small amount of patchy marrow edema in the posterior, predominantly central tibial plateau and to a lesser extent in the distal femur. These findings were not present on the prior study.

Impression:
1. No meniscal or ligamentous tear.
2. The small amount of marrow edema is nonspecific. In the absence of a focal injury causing bone contusions, this may be a stress related response, or due to altered biomechanics.
3. No change in joint fluid since the prior study.

*Daniel Marder*

DANIEL M. MARDER, M.D.

CC:     SUSAN E JENKINS MD



**WRA**

**WASHINGTON**
**RADIOLOGY**
**ASSOCIATES, P.C.**

www.washingtonradiology.com

BOARD CERTIFIED PHYSICIANS
JB-SPECIALIZING IN:
Magnetic Resonance Imaging
Computed Tomography
Nuclear Medicine & PET
DXA – VFA
Needle Biopsies
Ultrasound
Neuroradiology
Fluoroscopy
Diagnostic X-Ray
Mammography with CAD

**OPENING THIS WINTER**
MRI – Fairfax
3022 Williams Drive
Fairfax, Virginia

CT – Sterling
21351 Ridgetop Circle
Sterling, Virginia

WRA OFFICES:

Nuclear Medicine & PET Center
11 Left Street, NW

Washington, DC 20006
12-466-2033
12-463-0700 Fax

141 K Street, NW
Suites 111, 200 & 900
Washington, DC 20037
12-223-9722
12-659-2819 Fax

122 Williams Drive
Suites 200 & 204
Fairfax, Virginia 22031
13-698-8800
13-573-2318 Fax

1358 Ridgetop Circle
Ste 300
Sterling Virginia 20166
11-434-0140
11-434-0144 Fax

1215 Fernwood Road
Sizes 50 & 103
Bethesda, Maryland 20817
11-564-1053
11-493-8522 Fax

145 Willard Avenue
Ste 300
Chevy Chase, Maryland 20815
11-454-4242
11-907-7414 Fax

Fairfax Office
315 Williams Drive
Ste 200
Fairfax, Virginia 22031
13-641-9133
11-XXX-6790 Fax

---

PATIENT: SHER RACHEL L                                    546321-08

DOB: 04/05/1973          AGE: 32                          11/22/2005

REFERRING PHYSICIAN:          JOHN KLIMKIEWICZ MD
                              3800 RESERVOIR RD NW

                              WASHINGTON    DC 20007

SERVICES PERFORMED AT:        WRA 2141 K ST NW WASH DC

MRI of the right knee November 20, 2005

Clinical History: Persistent knee pain. History of meniscal repair February, 2005.

Body of report: Multiple sequences were obtained through the right knee, and compared to a right knee MRI dated January 20, 2005. A mild joint effusion is again noted. Much of the fluid collects anterior to the anterior cruciate ligament. This finding is unchanged. Mild postsurgical changes are evident along the anterior aspect of the joint. No meniscal tear is identified. The cruciate and collateral ligaments are intact. There is a small amount of patchy marrow edema in the posterior, predominantly central tibial plateau and to a lesser extent in the distal femur. These findings were not present on the prior study.

Impression:
1. No meniscal or ligamentous tear.
2. The small amount of marrow edema is nonspecific. In the absence of a focal injury causing bone contusions, this may be a stress related response, or due to altered biomechanics.
3. No change in joint fluid since the prior study.

*Daniel Marder*

DANIEL M. MARDER, M.D.

CC:     SUSAN E JENKINS MD

Page 1 of 1

P2002

```
  RESULTS MULTI STAYS/VISITS        Text Results
SHER ,RACHEL L              F    32            /         RAD      Pt#:    7704963045
   Dr: KLIMKIEWICZ, JOHN J                GUHRAD
   Dt: 11/22/05  OA                       Isol:                     Mr#: 6458726
---------------------------------------------------------------------------------
Obsv Code:        KNEE 3V, RT            Date/Time:    11/22/05  08:10
Abnormal Ind:                           Body Site:
Critical Ind:                           Body Position:
Normal Desc:                            Status:   F   (P=Preliminary  F=Final)
Comment:
   PROCEDURE: DIA 2000 -  KNEE 3V, RIGHT


  CLINICAL HISTORY:
  Pain.

  FINDINGS:
  AP view of each knee done with 30 degrees flexion, and lateral and
  tangential patellar view right knee. No abnormality seen.


  IMPRESSION: No abnormality seen.

  ICD-9: ( 719.46 )

  Dictated By: STANLEY FOSTER M.D.
  This imaging study was reviewed and its interpretation verified by:
  STANLEY FOSTER M.D. at  Nov 23 2005 12:06PM
  Distribution:
  Ordering Dr: KLIMKIEWICZ,JOHN
```

==================================End of Report==================================

10:22 11/29/05 FROM D8TB,ZRPRTGF2

X70250

P2003

**OUTPATIENT SUMMARY LIST**

Georgetown
University
Hospital ♛

*MedStar Health*

**USE A SECOND SHEET IF NECESSARY -
DO NOT WRITE ON BACK OF FORM**

Name: _SHER  Rachel_

Physician: _Dr Kimkiwicz_

MR #: _6458726_

DOB: _4 | 5 | 73_    Gender: M ⓕ

| Start Date | ACUTE PROBLEMS | | Stop Date | Date Noted | ALLERGIES: Drugs, Foods, Substances (i.e., Latex) |
|---|---|---|---|---|---|
| | Right Knee pain | | | 11/9/05 | None |
| | | | | | |
| | | | | | |
| | | | | | |

| | | | | | Start | MEDICATIONS: Prescription / Over-the-Counter / Vitamins / Herbals / Dietary Supplement | Stop |
|---|---|---|---|---|---|---|---|
| | | | | | 11/9/05 | ortho-tricycline | |

| | CHRONIC PROBLEMS | | | Date | HOSPITALIZATION / SURGERY | |
|---|---|---|---|---|---|---|
| | | | | 2/05 | ℞ knee surgery | |
| | | | | 12/8/05 | ℞ knee scopes, microfx. | |

| | | | | | SOCIAL / FAMILY HX |
|---|---|---|---|---|---|
| | | | | | Smoking |
| | | | | | Alcohol |
| | | | | | Family Hx |
| | | | | | Social Hx |
| | | | | | Other |

Additional Information: _11/22/05 NrA's ;12/14/05  1/4/06_

Patient's Name: _SHER, Rachel_    MRN #: _6458726_    DOB: _4/5/73_

| Date | Subsequent Visits and Findings |
|------|-------------------------------|



11/9/05

11/9/05    WAITING FOR PROGRESS NOTE TO COME SO AS TO BE ABLE TO SEND FOR PRE-CERT MRI c̄ WRA (MM)

Initial Visit - SHER, Rachel                    11/9/05

**CC:**    Rachel is a 32-year-old who comes in for right knee pain.

**HPI:**    She says she had been originally managed by Dr. Mark Danzinger. In February 2005, she was taken to the operating room after failure to progress with conservative treatment. She states that preoperative MRI was negative and at the time of the procedure the patient had a meniscal repair with all inside device. She writes on her preoperative history form this was lateral, but in talking to her she states this was a medial tear. She says she was on crutches for five weeks and has done some physical therapy sine the time of the procedure. She states that she tried to run but continues to have pain localized along the medial aspect of her knee which if anything seems to be worse than it was preoperatively. She has changed insurance carriers and comes today for evaluation and treatment. She rates her pain as 6-8/10. It is associated with some swelling with activities. She is on BCP's, no other prior surgical procedure, hospitalization and/or fractures. Denies tobacco use, consumes alcohol socially. ROS otherwise negative. She has exercise-induced asthma.

**EXAM:**    She is a very pleasant female, appropriate for hers stated age. Arthroscopic portals appear to be well healed. Neutral mild valgus alignment, equal and symmetric bilaterally. Nonantalgic gait. Bogginess but no effusion localized to her knee. The range of motion is 0-130 on her exam. She has tenderness along the midmedial and posteromedial joint line. Worse with hyperflexion maneuvers. No significant lateral-sided tenderness. Ligamentously she is intact in the anterior/posterior, varus/valgus planes. Lachman and pivot shift are negative. Minimal crepitation localized in the patellofemoral joint. She has no posterior calf swelling or tenderness on her exam. Neurologically intact, L3 to S1, both gross motor and sensory.

Patient's Name: _Sher, Rachel_    MRN #: _6458726_    DOB: _4/7/73_

| Date | Subsequent Visits and Findings |
|------|-------------------------------|
| 11/9/05 | _Continue dictation. JAO_ |

PLAN:

Obtain the operative photos. I have told her that now seven months status post the procedure I have some concerns as this either represents a patellofemoral problems versus possibly some difficulties insofar as the medial meniscus and the repair. I have told her I am not completely in favor with all inside devices, but that is more of a personal preference. She does think that she is getting some swelling and certainly condylar disease needs to be discussed as this has also been reported in the literature with these devices. I have told that she should get her operative report and we will get some x-rays as well as a new MRI scan. I would also like to get a strength test to see where we are from a postoperative strength standpoint. She will follow up with me in approximately three weeks. At that time, I can reassess the status and proceed from that point.    /daw

John Klimkiewicz, M.D.
(Transcribed 10/28/05)

cc:    Marc Danzinger, M.D.  ✓ 11/21/05 J. Omari



**WASHINGTON RADIOLOGY ASSOCIATES, P.C.**

www.washingtonradiology.com

**BOARD CERTIFIED PHYSICIANS SUB-SPECIALIZING IN:**
Magnetic Resonance Imaging
Computed Tomography
Nuclear Medicine & PET
DXA - VPA
Needle Biopsies
Ultrasound
Neuroradiology
Fluoroscopy
Diagnostic X-Ray
Mammography with CAD

**OPENING THIS WINTER**
MRI – Fairfax
3022 Williams Drive
Fairfax, Virginia

CT – Sterling
21351 Ridgetop Circle
Sterling, Virginia

**WRA OFFICES:**
Nuclear Medicine & PET Center
2021 K Street, NW
Suite T-130
Washington, DC 20006
202-466-2033
202-463-0700 Fax

2141 K Street, NW
Suites 111, 290 & 900
Washington, DC 20037
202-293-9772
202-659-2819 Fax

3022 Williams Drive
Suites 300 & 304
Fairfax, Virginia 22031
703-698-8800
703-573-2318 Fax

21351 Ridgetop Circle
Suite 100
Sterling, Virginia 20166
571-434-0140
571-434-0144 Fax

18215 Fernwood Road
Suites 50 & 101
Bethesda, Maryland 20817
301-564-1853
301-493-0532 Fax

4445 Willard Avenue
Suite 200
Chevy Chase, Maryland 20815
301-654-4262
301-907-7414 Fax

Business Office
3015 Williams Drive
Suite 200
Fairfax, Virginia 22031
703-641-9133

PATIENT: SHER RACHEL L

DOB: 04/05/1973              AGE: 32

546321-08

11/22/2005

REFERRING PHYSICIAN:        JOHN KLIMKIEWICZ MD
                            3800 RESERVOIR RD NW

                            WASHINGTON      DC 20007

SERVICES PERFORMED AT:      WRA 2141 K ST NW WASH DC

11/20/2005: LOWER EXTREMITY JOINT MRI WITHOUT CO

MRI of the right knee November 20, 2005

Clinical History: Persistent knee pain. History of meniscal repair February, 2005.

Body of report: Multiple sequences were obtained through the right knee, and compared to a right knee MRI dated January 20, 2005. A mild joint effusion is again noted. Much of the fluid collects anterior to the anterior cruciate ligament. This finding is unchanged. Mild postsurgical changes are evident along the anterior aspect of the joint. No meniscal tear is identified. The cruciate and collateral ligaments are intact. There is a small amount of patchy marrow edema in the posterior, predominantly central tibial plateau and to a lesser extent in the distal femur. These findings were not present on the prior study.

Impression:
1. No meniscal or ligamentous tear.
2. The small amount of marrow edema is nonspecific. In the absence of a focal injury causing bone contusion, this may be a stress related response, or due to altered biomechanics.
3. No change in joint fluid since the prior study.

DANIEL M. MARDER, M.D.

CC:     SUSAN E JENKINS MD

**P3002A**



Patient's Name: SHER, Rachel    MRN #: 6458726    DOB: 4/5/73

| Date | Subsequent Visits and Findings |
|---|---|
| 11/22/05 | |

**Follow-up Visit – SHER, Rachel**

11/22/2005    Rachel comes into the office today status post x-ray and MRI scan, as well as obtaining the operative photos from Dr. Danzinger's office.

She continues to complain of tenderness localized along the medial aspect of her knee.

On examination today, nothing has really changes. Tenderness seems to be localized along the medial femoral condylar region/medial joint line. Hyperflexion maneuvers continue to be somewhat painful.

I have looked at Rachel's MRI scan and I do not see much in the way of an effusion. I do not see much in the way of chondral edema localized along the medial femoral condylar area and the medial meniscus frankly looks quite good. In looking at her arthroscopic photos, she demonstrates a Mitek rapid lock device for what appears to be a relatively stable tear of the undersurface of the midbody of the medial meniscus.

I have recommended to Rachel at the present time that I feel as though she has plateaued in physical therapy. it has been quite some time since the time of the procedure and my recommendation would be an arthroscopic evaluation to her knee, removal of the Mitek device, evaluate the chondral surface, and possibly perform a re-repair with an inside-out technique if in fact necessary. Quite honestly, I feel as though this will be healed and this may be coming from difficulty secondary to the implant. Risks of the surgery include, but are not limited to, infection, blood loss, neurovascular injury, anesthetic complications, as well as DVT. She would like to proceed with this in the near future. /bur

John Klimkiewicz, M.D.
(Transcribed 11/27/2005)

12/8/05    ® knee arthroscopy. microfracture. JK

# Georgetown University Hospital
### Department of Radiology
3800 Reservoir Road NW, Washington, DC 20007  TEL (202)444-3490

| | | | |
|---|---|---|---|
| **Patient Name:** | SHER, RACHEL | **Invision Order No:** | 00002 |
| **DOB:** | 04/05/1973 | **Pt. Class:** | O |
| **Admission No:** | 7704963045 | **Order No:** | 90001 |
| **Med. Rec. No:** | 6458726 | **Order Acc No:** | 6359900 |
| **Ordering Dr:** | KLIMKIEWICZ, JOHN | **Pt NS/Room:** | |
| **Attending Dr:** | KLIMKIEWICZ, JOHN | | |
| **Date of Exam:** | Nov 22 2005  8:10AM | **Transcribed By:** | PSC/Nov 23 2005 12:06P |

***Final Report***

PROCEDURE: DIA 2000   KNEE 3V, RIGHT

CLINICAL HISTORY:
Pain.

FINDINGS:
AP view of each knee done with 30 degrees flexion, and lateral and tangential patellar view right knee. No abnormality seen.

IMPRESSION: No abnormality seen.

ICD-9: ( 719.46 )

Dictated By: STANLEY FOSTER M.D.
This imaging study was reviewed and its interpretation verified by: STANLEY FOSTER M.D. at Nov 23 2005 12:06P

Distribution:
Ordering Dr:     KLIMKIEWICZ, JOHN
Attending Dr:    KLIMKIEWICZ, JOHN

P3004

6458-726

# GEORGETOWN UNIVERSITY HOSPITAL
## WASHINGTON DC

### OPERATIVE REPORT

| | |
|---|---|
| PATIENT NAME: | SHER, RACHEL L |
| MEDICAL RECORD NUMBER: | 6458-726 |
| ADMISSION DATE: | 12/08/2005 |
| DISCHARGE DATE: | |
| ATTENDING PHYSICIAN: | JOHN J KLIMKIEWICZ, M.D. |
| DICTATING PHYSICIAN: | JOHN J KLIMKIEWICZ, M.D. |
| OPERATION DATE: | 12/08/2005 |
| SURGEON: | JOHN J KLIMKIEWICZ, M.D. |
| ASSISTANT: | CARTER MITCHELL |

PREOPERATIVE DIAGNOSIS: Status post meniscal repair, all-inside technique, Mitek RapidLoc.

POSTOPERATIVE DIAGNOSIS: Chondral injury, medial femoral condyle.

PROCEDURE PERFORMED: Exam under anesthesia, right knee, with diagnostic arthroscopy; microfracture medial femoral condyle surgery.

COMPLICATIONS: None.

SPECIMENS: None.

ANESTHESIA: LMA anesthetic.

TOURNIQUET TIME: Approximately 30 minutes.

INDICATIONS FOR PROCEDURE: The patient is a 32-year-old female status post all-inside technique done by an outside physician, who approximately 6 months ago for a presumptive medial meniscal tear. The patient continues to complain of pain and swelling localized along the inner aspect of her knee. Examination was consistent with medial femoral condyle tenderness. She was recommended, after failure of conservative treatment, to undergo an MRI scan which was nonspecific. She was recommended to undergo diagnostic arthroscopy to her knee. Risks, complications, benefits and techniques of the procedure were discussed in detail with the patient included but were not limited to infection, blood loss, neurovascular injury, anesthetic complications, DVT, possibility for persistent pain and possibility for complications related to the implant were discussed.

Doc #: 245169A,A

COPY FOR: JOHN J KLIMKIEWICZ, M.D. CONFIDENTIAL INFO

SHER, RACHEL L
Operative Report
Page 2 of 3

6458-726

DESCRIPTION OF PROCEDURE:  She was brought to the operating room
on the aforementioned date, placed supine on the operating table
where she underwent successful general anesthetic.

Exam under anesthesia demonstrated a full range of motion.  There
was no effusion.  No significant crepitation could be seen or
felt.  Once this was performed, she was prepped and draped in the
normal sterile fashion.  She was stable in the anterior,
posterior, varus and valgus planes.  An Esmarch bandage was used
to exsanguinate the leg and the tourniquet was inflated to 350
mmHg.  Two 0.5-cm incisions were made along the medial and
lateral aspects of the patellar tendon and a 4.5-mm 30-degree
arthroscope was introduced into the joint.  Diagnostic
arthroscopy was performed.  The patella region demonstrated no
signs consistent for significant maltracking nor was there any
significant abnormality localized on the trochlear groove region.
There was no patellar chondrosis.  Medial compartment in
extension demonstrated no chondral injury.  The medial meniscus
and the site of the implant device was well seen.  Along the
superior surface inferiorly, this was palpated and thought to
have healed.  The implant could not be localized superiorly.  In
placing the knee through a range of motion, in the meniscal-
bearing area of the most medial flare of the medial femoral
condyle, there was approximately a 3 mm x 3.5-cm chondral injury
that was thought to be secondary to the implant itself.  This was
debrided using an arthroscopic shaver and microfracture was
performed to that area using Stedman awls.  The meniscus was
stable to arthroscopic probing; this was done prior to the
microfracture.  Likewise, both the ACL and the lateral
compartment were normal prior to performing the microfracture.
An attempt to locate the device was localized on the medial and
lateral gutters, as well as posteromedially with a 70-degree
scope.

She tolerated the procedure well, was extubated without
difficulty and transferred to the recovery room in stable
condition.  Tourniquet was let down to confirm bleeding area in
the microfracture; this was indeed the case.  The patient will be
nonweightbearing postoperatively.  Sterile dressings were placed
after the wounds were closed with 3-0 nylon.  She tolerated the
procedure well.

I, John Klimkiewicz, was present and performed all key aspects of
this case.

Key portion(s) of the procedure were performed in my presence.

COPY FOR: JOHN J KLIMKIEWICZ, M.D. CONFIDENTIAL INFO

SHER, RACHEL L
Operative Report
Page 3 of 3

6458-726

JOHN J KLIMKIEWICZ, M.D.

MDJ/ADMIN
D:12/08/2005
T:12/08/2005  5:50 P

cc:      JOHN J KLIMKIEWICZ, M.D.

COPY FOR: JOHN J KLIMKIEWICZ, M.D. CONFIDENTIAL INFO

P3007

MRN #: _____    DOB: _____

Patient's Name: _____

| Date | Subsequent Visits and Findings |
|------|-------------------------------|
| 12/14/05 | CHOOSE A NUMBER FROM 0 TO 10 THAT BEST DESCRIBES YOUR PAIN<br><br>No Pain ... Moderate Pain ... Unbearable Pain<br>0  1  2  3  4  5  6  7  8  9  10<br><br><br><br><br>Same space for<br>12/14/05 dictation |

SVF-001 (5/04) (F3F)

P3008

Patient's Name: _____   MRN #: _____   DOB: _____

| Date | Subsequent Visits and Findings |
|------|-------------------------------|
|      |                               |

Follow-up Visit - SHER. Rachel

12-14-05:    Rachel comes into the office now one week status post arthroscopy microfracture of the medial femoral condyle. She is doing well postoperatively. She has no real complaints at the present time.

On examination today she looks good. The wounds are all clean, dry and intact. Sutures were removed today and Steri-Strips were placed. There is no posterior calf swelling or tenderness noted on her examination. She demonstrates a positive straight leg raise.

The plan for the patient at the present time will be to proceed with nonweightbearing over the course of the first month. She is going to follow-up with me in approximately one month and at that time I can reassess her status and proceed from that point.  mol

John Klimkiewicz, M.D.
(Transcribed - 12-18-05)





Patient's Name: _Sher, Rachel_     MRN #: _10458726_     DOB: _4/5/73_

| Date | Subsequent Visits and Findings |
|------|--------------------------------|
| 1/4/06 | |

**Follow-up Visit - SHER, Rachel (DOB: 04/05/1973)**

01/04/2006:   Rachel comes into the office approximately one month status post arthroscopy and microfracture to her knee. She is doing very well. She has been nonweightbearing since the time of the procedure. No real pain or swelling.

On examination today her knee looks excellent. She demonstrates full range of motion. Portals are all clean, dry and intact. No effusion. No posterior calf swelling or tenderness is noted.

I have recommended to Rachel at the present time that we begin with a course of physical therapy. We will begin weightbearing. She will see me in approximately one month. At that time we can reassess her status and proceed from that point.
lis

John J. Klimkiewicz, M.D.
(Transcribed - 01/06/2006)
cc: Amy Burke, M.D.   ✓ 1/12/06 J. Cmar

Patient's Name: SHER Rachel    MRH #: 6458726    DOB: 4/5/73

| Date | Subsequent Visits and Findings |
|---|---|
| 2/14/06 |  |

**Follow-up Visit - SHER, Rachel**

02-14-06:     Rachel comes into the office about two months status post microfracture. She is doing pretty well. She states that she is not getting much in the way of swelling. She does have some pain localized along the anterior aspect of her knee. She rates this on a scale of 1 to 10 as currently a 4 or 5.

On examination today she demonstrates not much in the way of effusion. She has poor quadriceps tone with a decrease in her VMO. She has good range of motion from full extension to 125 degrees of flexion compared to 130 degrees on the opposite side. She has a nonantalgic component to her gait.

The plan for Rachel at the present time will be to continue with physical therapy. I feel that she can do this on her own. She is going to follow-up with me in approximately six to eight weeks and at that time we can reassess her status. She is going go focus on a bicycle and elliptical until the time of her next visit. mol

John Klimkiewicz, M.D.
(Transcribed - 02-16-06)

CC Dr. Amy Burke    JK/TAn

CANCELLED
APPOINTMENT
ON 5/24/06 JK

Patient's Name: Sher, Rachel    MRN #: 6458726    DOB: 4/5/73

| Date | Subsequent Visits and Findings |
|------|-------------------------------|
| 6/14/06 |  CHOOSE A NUMBER FROM 0 TO 10 THAT BEST DESCRIBES YOUR PAIN |

Follow-up Visit — SHER, Rachel

6/14/2006    Rachel comes into the office today six months status post her procedure.

She states that she continues to have some discomfort and pain. She states that it is mild, but it certainly does increase as she starts increasing her level of activity. She states that she does get intermittent swelling.

On examination today, she demonstrates still some tenderness localized along the medial femoral condylar area. She has no lateral-sided tenderness and no effusion. Quad tone is still decreased.

I have told the patient at the present time that she may be doing a little too much that may be causing some of the pain and the knee may not be ready.

I feel as though what may benefit her most at this point would be an unloading brace and have given her a prescription for this. If she continues to be symptomatic, I would like to get some other imaging studies and probably get an MRI at this point. Her alignment looks to be somewhat valgus on exam. /bur

John Klimkiewicz, M.D.
(Transcribed 6/19/2006)

Patient's Name: SHER, Rachel    MRN #: 6658726    DOB: 4/5/73



| Date | Subsequent Visits and Findings |

10/18/06

CANCELLED APPOINTMENT ON 10/12/06 SR

CHOOSE A NUMBER FROM 0 TO 10 THAT BEST DESCRIBES YOUR PAIN

Follow-up Visit – SHER, Rachel L. (DOB: 4/5/1973)

10/18/2006    Rachel comes into the office today.

She continues to have pain focalized to the right knee region. She could not afford the unloading brace. She comes into the office today for evaluation and treatment. She states that with activity, it does seem to swell.

On physical examination today, she continues to demonstrate tenderness along the medial femoral condylar area. She has no specific lateral-sided tenderness noted. There is some minimal pain with hyperflexion types of maneuvers.

The plan for Rachel at the present time will be to try to unload this area with a lateral heel wedge. Additionally, I have recommended that we repeat the MRI and consider viscosupplementation. I will write a letter of medical necessity insofar as this is concerned. She is going to follow up with me once she obtains the product. At that time, we can reassess her status and proceed from that point. /bur

John Klimkiewicz, M.D.
(Transcribed 10/10/2006)

10/25/06    CC: Amy Burka, MD ✓ Pt Adams

10/27/06    MRI RIGHT KNEE on 10/31/06 HEALTH SOUTH AUTHORIZATION A0XX604 1534 LA 6 AS

**HEALTHSOUTH.**    **Final Report**

Patient Name: SHER, RACHEL

DOB: 04/05/1973    Sex: F

Accession: 549542

Exam: (15) MRIKNEEWORT - KNEE WO CONTRAST MRI

MRN: 1262565

Completed: 10/31/2006

Requesting Provider:    **KLIMKIEWICZ MD, JOHN**
**GEORGETOWN MED CNTR**
**3800 RESERVOIR RD**
**WASHINGTON, DC 20007**

Phone:

Fax:    (202) 444-7804

## MRI OF THE RIGHT KNEE

CLINICAL HISTORY: Chondral injury medial femoral condyle status-post microfracture.

FINDINGS: There is an abnormality of the hyaline cartilage along the most medial aspect of the medial femoral condyle, overlying the periphery of the posterior horn of the medial meniscus (coronal images #3 through #7, sagittal images #3, axial image #12). The subtle articular abnormalities span between 3 and 6 mm from side to side and roughly 9 mm from front to back. This subtle finding consists of replacement of the normal hyaline cartilage signal intensity by fluid signal intensity, and by slight indentation of the subchondral bone or replacement of it by material of elevated T2 signal intensity. The native cartilage nearby in this region is already very thin diffusely, close to 1 mm. There is no material of diminished signal intensity to suggest replacement of the defect by fibrocartilage. There is no regional bone marrow edema or cyst formation in this area to suggest progression of osteoarthritis or marrow reactive change. There is no periarticular osteophytosis or abnormality of the underlying meniscus.

Elsewhere, the articular cartilage of the knee is preserved. The menisci, cruciate, collateral ligaments and extensor mechanism are intact. There is a very small effusion in the suprapatellar bursa.

There is mild scarring of Hoffa's infrapatellar fat body along the patellar ligament, likely reflecting prior arthroscopy.

CONCLUSION:

1. There is a small irregularity in the articular cartilage of the medial femoral condyle posteriorly and medially. This is a subtle finding in an area where the articular cartilage is already diffusely thin. There is no obvious infilling by low-signal intensity fibrocartilage or any substantial underlying bony abnormality.

2. There is a small effusion in the suprapatellar bursa.

Interpreting Provider: PERLMUTTER MD, M LOREN RADIOLOGI

# HEALTHSOUTH.

**Final Report**

Patient Name: SHER, RACHEL

MRN: 1262565

DOB: 04/05/1973     Sex: F

Completed: 10/31/2006

Accession: 549542

Exam: (15) MRIKNEEWOKT - KNEE WO CONTRAST MRI

End of diagnostic report for accession:     549542

Transcribed By: LS 11/01/2006 12:05 PM EST

Signed By: PERLMUTTER MD, M LOREN  11/01/2006 12:15 PM ES

P3015

Patient's Name: Sher, Rachel    MRN #: 6458726    DOB: 4/5/73



| Date | Subsequent Visits and Findings |
|------|-------------------------------|
| 12/7/06 | CHOOSE A NUMBER FROM 0 TO 10 THAT BEST DESCRIBES YOUR PAIN |

Follow-up Visit - SHER, Rachel L.    (DOB: 04/05/1973)

12/07/06    Ms. Sher presents today for Synvisc injection to her right knee. She says that she continues to have pain localized to the right knee and nothing has really made a difference thus far. Patient presents for her first Synvisc injection today.

The knee was prepped in a sterile manner. The medial approach was used and 3 cc of 1% Lidocaine without epinephrine was injected into the knee followed by the 2 cc of Synvisc. Patient tolerated the procedure well. She has brought her MRI today for Dr. Klimkiewicz and will plan on returning next week for another injection./cjp

Carolyn Storck, N.P.
(Transcribed 12/09/06)

Patient's Name: **Sher, Rachel L.**    MRN #: **6458726**    DOB: **4/5/73**

| Date | Subsequent Visits and Findings |
|------|-------------------------------|
| 12/14/06 | CHOOSE A NUMBER FROM 0 TO 10 THAT BEST DESCRIBES YOUR PAIN<br>No Pain  Moderate Pain  Unbearable Pain<br>⓪  1  2  3  4  5  6  7  8  9  10 |

Follow-up Visit - SHER, Rachel L.  (DOB: 04/05/1973)
MR#: 6458726

12/14/2006:  The patient returns to clinic today for her second Synvisc injection. The right knee was prepped in a sterile manner. 3 cc of lidocaine 1 percent without epinephrine was used for anesthesia and Synvisc injected using the medial approach. The patient tolerated the procedure well and will return next Thursday for her third and final injection. wil

Carolyn Storck, N.P.


Follow-up Visit - SHER, Rachel        (DOB:        )

12/21/06  Ms. Sher presents to the Clinic today for her third and final Synvisc injection. She states that she has been significantly sore throughout this series and really does not feel any relief at this point.

Her knee has no swelling, no erythema, no tenderness.

The area was prepped in a sterile manner. 2 cc of Lidocaine, 1% without epi was injected, followed by the Synvisc injection. Patient tolerated the procedure well. She has been instructed to follow up with Dr. Klimkiewicz in six weeks, call the office before that time if there is any problems or concerns./cjp

Carolyn Storck, N.P.
(Transcribed 12/23/06)

eived Fax :                May 29, 2007 3:04PM    Fax Station :  Paulson & Nace                          p. 1

AY 29 2007 15:06 FR  HON HENRY WAXMAN    2022251462 TO 92236824           P.01
                     4/2/2007 9:03:21 AM   PAGE  2/003   FAX SERVER
HealthSouth

LIMKIEWICZ MD, JOHN   COMPANY:K STREET (060015)



## HEALTHSOUTH.

**K STREET (060015)**
**2121 K STREET NW**
**WASHINGTON, DC 20037**
**(202) 223-5211**

**Final Report**

Patient Name: **SHER, RACHEL**          MRN: **1262565**
DOB:         04/05/1973   Sex F          Completed: 10/31/2006 5:24 PM EST
Accession:   549542
Visit Number: 281383
Exam:        (15) MRIKNEEWO - KNEE WO CONTRAST MRI RT


Requesting Provider: KLIMKIEWICZ MD, JOHN        Phone: (202) 444-8766
                                                  Fax:    (202) 444-7804
            GUH
            3800 RESERVOIR RD
            WASHINGTON, DC 20007


## MRI OF THE RIGHT KNEE

**CLINICAL HISTORY:** Chondral injury medial femoral condyle status-post microfracture.

**FINDINGS:** There is an abnormality of the hyaline cartilage along the most medial aspect of the medial femoral condyle, overlying the periphery of the posterior horn of the medial meniscus (coronal images #3 through #7, sagittal images #3, axial image #12). The subtle articular abnormalities span between 3 and 6 mm from side to side and roughly 9 mm from front to back. This subtle finding consists of replacement of the normal hyaline cartilage signal intensity by fluid signal intensity, and by slight indentation of the subchondral bone or replacement of it by material of elevated T2 signal intensity. The native cartilage nearby in this region is already very thin diffusely, close to 1 mm. There is no material of diminished signal intensity to suggest replacement of the defect by fibrocartilage. There is no regional bone marrow edema or cyst formation in this area to suggest progression of osteoarthritis or marrow reactive change. There is no periarticular osteophytosis or abnormality of the underlying meniscus.

Elsewhere, the articular cartilage of the knee is preserved. The menisci, cruciate, collateral ligaments and extensor mechanism are intact. There is a very small effusion in the suprapatellar bursa.

There is mild scarring of Hoffa's infrapatellar fat body along the patellar ligament, likely reflecting prior arthroscopy.

## CONCLUSION:

1. There is a small irregularity in the articular cartilage of the medial femoral condyle posteriorly and medially. This is a subtle finding in an area where the articular cartilage is already diffusely thin. There is no obvious infilling by low-signal intensity fibrocartilage or any substantial underlying bony abnormality.

2. There is a small effusion in the suprapatellar bursa.

Received Fax :          May 29 2007 3:04PM   Fax Station:                   P.02

MAY 29 2007 15:06 FR HON HENRY WAXMAN     2022251462 TO 92236824          P.02
                               4/2/2007 9:03:21 AM    PAGE   3/003   Fax Server

HealthSouth

KLIMKIEWICZ MD, JOHN   COMPANY:K STREET (080015)



# HEALTHSOUTH.

K STREET (080015)
2121 K STREET NW
WASHINGTON, DC 20037
(202) 223-5211

**Final Report**

Patient Name: SHER, RACHEL                    MRN:  1262565
DOB:          04/05/1973   Sex: F             Completed: 10/31/2006 5:24 PM EST
Accession:    549542
Visit Number: 281383
Exam:         (15) MRIKNEEWO - KNEE WO CONTRAST MRI  RT

                                              Phone: (202) 444-8766
Requesting Provider: KLIMKIEWICZ MD, JOHN     Fax:   (202) 444-7804
                     GUH
                     3800 RESERVOIR RD
                     WASHINGTON, DC 20007

                                              Interpreting Provider: PERLMUTTER MD, M
End of diagnostic report for accession:549542  Transcribed By: LE 11/01/2006 12:05 PM EST
                                              Signed By: PERLMUTTER MD, M 11/01/2006 12:15 PM EST