IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| RACHEL SHER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 1:08-cv-00617-PLF |
| | ) | |
| DEPUY MITEK, INC. AND JOHNSON & JOHNSON, | ) | The Honorable Paul L. Friedman |
| | ) | |
| Defendants. | ) | |

**DEFENDANTS' INITIAL DISCLOSURES PURSUANT TO
FEDERAL RULE OF CIVIL PROCEDURE 26(a)(1)**

Defendants DePuy Mitek, Inc. and Johnson & Johnson (collectively "Defendants"), by and through counsel, make the following disclosures pursuant to Rule 26(a)(1) of the Federal Rules of Civil Procedure and the parties' agreement regarding timing of discovery disclosures. These disclosures are subject to supplementation and/or modification, and they are provided without prejudice to or waiver of any privilege or objection Defendants may have to any subsequent discovery.

A. <u>Persons Likely To Have Discoverable Information that Defendants May Use to Support Their Claims or Defenses</u>

Defendants identify the following persons pursuant to Fed. R. Civ. P. 26(a)(1)(A)(i). These individuals may be contacted through the undersigned counsel.

1. William Hoffman, Vice President of Regulatory and Quality – Regulatory Filings

2. Karen Sylvia, Director of Regulatory Affairs – Device History File

3. Ronald Giannangelo, Senior Regulatory Affairs Associate – Labeling; Complaint Reporting Records

      4.      James Kenney, Quality Assurance Manager – Manufacturing & Inspection Records

B.      <u>Documents that Defendants May Use to Support Their Claims or Defenses</u>

Defendants will produce relevant documents within the following categories pursuant to Fed. R. Civ. P. 26(a)(1)(A)(ii).

      1.      510(k) Filings

      2.      Instructions for Use

      3.      Labeling

      4.      Device History File

      5.      Product Complaint Reporting Information

      6.      Inspection Records/Batch History Review Records

C.      <u>Computation of Damages</u>

Defendants have no discoverable information within the meaning of Fed. R. Civ. P. 26(a)(1)(A)(iii) that is subject to disclosure at this time.

D.      <u>Insurance Agreements</u>

Defendants are self-insured in an amount in excess of any potential recovery in this matter, and therefore not aware of any insurance agreements that may be applicable within the meaning of Fed. R. Civ. P. 26(a)(1)(A)(iv).

      Respectfully Submitted,

By:   /s/ Elizabeth L. Ewert
      Elizabeth L. Ewert (#479368)
      Jeffrey J. Lopez (#453052)
      Drinker Biddle & Reath LLP
      1500 K Street, N.W., Suite 1100


                Washington, D.C. 20005
                Telephone:  202/842-8800
                Telecopier:  202/842-8465
                elizabeth.ewert@dbr.com
                jeffrey.lopez@dbr.com

Dated:  July 3, 2008

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 3rd day of July, 2008, I electronically filed the foregoing Defendants' Initial Disclosures Pursuant to Federal Rule of Civil Procedure 26(a)(1) with the Clerk of the Court using the CM/ECF system, thereby effectuating service on all parties pursuant to LCvR 5.4(d).

/s/  Elizabeth L. Ewert
Elizabeth L. Ewert