UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RACHEL SHER, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> DEPUY MITEK, INC. AND ) <br> JOHNSON & JOHNSON, ) <br> ) <br> Defendants. ) | Civil Action No. 08-0617 (PLF) |

ORDER

Counsel recently filed with the Court disclosures pursuant to Rule 26(a) of the Federal Rules of Civil Procedure. As the Federal and Local Rules make clear, however, discovery material is not to be filed with the Court unless so ordered. See FED. R. CIV. P. 26(a)(4); LCvR 5.2(a). Accordingly, it is hereby

ORDERED that the parties shall cease filing discovery with the Court.

SO ORDERED.

_____/s/_____
PAUL L. FRIEDMAN
United States District Judge

DATE: July 8, 2008